AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wood, Diane P. | U.S. Court of Appeals for the Seventh Circuit | 05/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Circuit Judge (active) | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

2788F U.S. Courthouse
219 S. Dearborn St.
Chicago, IL 60604-1805

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Senior Lecturer in Law | The University of Chicago Law School |
| 2. | Trust, Council, and Board | American Academy of Arts & Sciences |
| 3. | Board | Constitutional Rights Foundation Chicago (to 11/1/2019) |
| 4. | Council | American Law Institute |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 05/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | University of Chicago (Teaching) | $28,440.00 |
| 2. 2019 | LEG, Inc. (West) (Book royalties) | $2,527.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Northwestern University Feinberg School of Medicine - Professor of Neurology - salary |
| 2. 2019 | Self-employed Health Care Consultant - Expert Neurologist |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Academy of Arts & Sciences | January 23-24, 2019 | Cambridge, MA | Project Meeting | T, F, L |
| 2. | Renaissance Weekend | February 15-18, 2019 | Austin, TX | Conference | F, L |
| 3. | Seventh Circuit Bar Association | March 15, 2019 | Chicago, IL | Conference | F |
| 4. | NYU Law School | March 26-27, 2019 | New York, NY | Moot Court | T, F, L |
| 5. | ABA Antitrust Section | March 27, 2019 | Washington, DC | Panel Talk | T |
| 6. | American Academy of Arts & Sciences | March 31-April 2, 2019 | Dallas, TX | Project Meeting | T, F, L |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wood, Diane P.** | 05/04/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | PennLaw Center for Asian Law | April 5-6, 2019 | Philadelphia, PA | Keynote Speaker | T, F, L |
| 8. | American Academy of Arts & Sciences | April 10-12, 2019 | Cambridge, MA | Governance Meeting | T, F, L |
| 9. | University of Toulouse, IAST Foundation | April 16-20, 2019 | Toulouse, France | Lectures | T, F, L |
| 10. | University of Chicago | May 19-22, 2019 | Washington, DC | ALI Annual Meeting | T, F, L |
| 11. | American Law Institute | September 18-19, 2019 | New York, NY | Project Meeting | T, F, L |
| 12. | NYU Law School | September 26, 2019 | New York, NY | Conference | T, F |
| 13. | American Academy of Arts & Sciences | October 10-13, 2019 | Cambridge, MA | Fall Induction Meetings | T, F, L |
| 14. | American Law Institute | October 17-18, 2019 | New York, NY | Council | T, F, L |
| 15. | Duke University | November 7-8, 2019 | Durham, NC | Planning Conference | T, F, L |
| 16. | University of Haifa (Israel) | December 6-22, 2019 | Haifa, Israel | Teaching | T, L |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 05/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. TIAA Traditional Fund (note 1, Part VIII) | | None | N | T | | | | | |
| 2. CREF Stock R3 Traditional Mutual Fund (note 1, Part VIII) (note 1) | | None | P1 | T | | | | | |
| 3. BMO Harris Bank - Cash Account | D | Interest | O | T | | | | | |
| 4. Chase Bank - Cash Account | A | Interest | N | T | | | | | |
| 5. Ameriprise 403(b) (H) | | | | | | | | | |
| 6. RiverSource Flexible Annuity | | None | L | T | | | | | |
| 7. Ameriprise Brokerage Acct. (H) | | | | | | | | | |
| 8. Dreyfus Gen. Govt. Sec. | A | Dividend | J | T | | | | | |
| 9. Columbia Disc. Core Cl. Mutual Fund | A | Dividend | K | T | | | | | |
| 10. Columbia Select Int'l Equity | A | Dividend | K | T | | | | | |
| 11. Columbia High Yield Bond | C | Dividend | L | T | | | | | |
| 12. Baird Insured Deposit | A | Interest | L | T | | | | | |
| 13. BMY (Bristol-Myers Squibb) Common Stock | A | Dividend | K | T | | | | | |
| 14. Fastenal | D | Dividend | N | T | | | | | |
| 15. Fidelity Rollover IRA (H) | | | | | | | | | |
| 16. FDRXX | | None | M | T | | | | | |
| 17. CLSPX | | None | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FAST | | None | L | T | | | | | |
| 19. FDVLX | | None | N | T | | | | | |
| 20. GE | | None | K | T | | | | | |
| 21. TFFYX | | None | M | T | | | | | |
| 22. Fidelity SEP IRA (H) | | | | | | | | | |
| 23. FDRXX | | None | J | T | | | | | |
| 24. FLPSX | | None | M | T | | | | | |
| 25. Fidelity Northwestern (H) | | | | | | | | | |
| 26. JDVWX | | None | N | T | | | | | |
| 27. MVCKX | | None | N | T | | | | | |
| 28. VPMAX | | None | N | T | | | | | |
| 29. Northwestern Mem 401(k) (H) | | | | | | | | | |
| 30. FGCKX (Fidelity Growth) | | None | L | T | | | | | |
| 31. Vanguard Target | | None | L | T | | | | | |
| 32. JDVWX (Y) (note 2) | | | | | | | | | |
| 33. BPLIX (X) (note 2) | | None | K | T | Buy | 07/01/19 | K | | Plan Admin |
| 34. Northwestern 457(b) (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VTTVX | | None | K | T | | | | | |
| 36. VTXVX (note 1) | | None | N | T | | | | | |
| 37. Fidelity Puritan Fund | C | Dividend | M | T | | | | | |
| 38. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 39. Walmart de Mex. | A | Dividend | K | T | | | | | |
| 40. Wells Fargo (H) | | | | | | | | | |
| 41. WMFAX (Municipal Bond-A) | A | Dividend | J | T | | | | | |
| 42. SADAX (Ultra Short Term Income-A) | D | Dividend | N | T | | | | | |
| 43. NWMXX (Municipal Money Market) | B | Dividend | M | T | | | | | |
| 44. Zimmer Biomet Holdings | A | Dividend | J | T | | | | | |
| 45. JPMorgan Managed Brokerage (X) (note 3) | B | Interest | N | T | Buy | 11/20/19 | N | | Self-cash |
| 46. Vanguard Inst. Idx. Inst,. Plus (X) | | None | J | T | Buy | 01/01/19 | J | | University of Chicago |
| 47. E*Trade Cash (X) (note 3) | A | Interest | N | T | Buy | 01/01/19 | N | | Self-cash |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wood, Diane P.** | 05/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.  Investments and Trusts

Notes:

1. All holdings with a "Note 1" designation are ordinary mutual funds or annuities for which neither I nor my spouse has any say in the investment mix, and which are not income-producing.  The value of accumulations increases or decreases depending on the market and premiums paid.

2.  The account manager swapped out the JDVWX fund for the BPLIX fund in the middle of the year.  Neither I nor my husband had any say in that exchange, which was an even exchange without profit or loss.

3.  My husband and I moved some available cash into the JPMorgan Managed Brokerage account and the E*Trade Cash Account.  This accounts for the appearance of these two new items.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane P. Wood**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544